UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BALARAM ANANDAMURTHY**, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.: 1:17-CV-02202<br>) |
| **CONVERGENT OUTSOURCING, INC.,** | )<br>) |
| Defendant. | )<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, BALARM ANANDAMURTHY, and Defendant, COVERGENT OUTSOURCING, INC., by and through their attorneys, hereby stipulate to the dismissal of the Action with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

By: /s/ David B. LevinBy: /s/ Ashley L. Oliker
Attorney for PlaintiffAttorney for Defendant
Ohio Attorney No. 0059340Ohio Attorney No. 0085628
Law Offices of Todd M. Friedman, P.C.Frost Brown Todd, LLCA
333 Skokie Blvd., Suite 10310 West Broad Street, Suite 2300
Northbrook, IL 60062Columbus, OH 43215
Phone: (224) 218-0882Phone: (614) 464-1211
dlevin@toddflaw.comaoliker@fbtlaw.com

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
5/21/2018